# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
### No. 7:25-CR-119-D

UNITED STATES OF AMERICA ) 
                                   )
             v.                  )
                                    )          **ORDER**
KAREN MONSON, )
                                    )
              Defendant.     )

In light of defense counsel's filing of June 23, 2026 [D.E. 290], the court CANCELS the

hearing in this case set for June 29, 2026.

SO ORDERED. This _23_day of June, 2026.

_____

JAMES C. DEVER III
United States District Judge